1  Tanya E. Moore, SBN 206683
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  E-mail: service@mission.legal

5  Attorney for Plaintiff,
   Francisca Moralez

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | No. 3:17-cv-05870-EMC |
| Plaintiff, | **STIPULATED REQUEST TO EXTEND DEADLINE TO CONDUCT MEDIATION REQUIRED BY GENERAL ORDER 56; [PROPOSED] ORDER** |
| vs. | |
| DARBRI CORPORATION dba MARKUS SUPPLY ACE HARDWARE, et al., | |
| Defendants. | |

Plaintiff, Francisca Moralez ("Plaintiff"), and Defendants, Darbri Corporation dba Markus Supply Ace Hardware, Cardanal Partners L.L.C., Sharon J. Gordon, Daniel W. Altwarg, and Carol Altwarg (collectively "Defendants," and together with Plaintiff, "the Parties"), hereby stipulate as follows:

1. This matter arises out of Plaintiff's claim that she visited property owned and/or operated by Defendants and encountered conditions which prevented her full and equal access thereto as a result of her disabilities. Plaintiff alleges that Defendant violated Title III of the Americans with Disabilities Act and related California law. This matter therefore proceeds under this District's General Order 56 and related Scheduling Order.

2. The Parties timely conducted the required joint site inspection of the subject property and met and conferred on January 24, 2018. When a settlement was not reached, Plaintiff filed a Notice of Need for Mediation on March 7, 2018 (Dkt. 18). On March 13, 2018, the Court appointed mediator Kari Levine ("the Mediator") (Dkt. 19).

3. Although not set forth in the Scheduling Order (Doc. 4), General Order 56 requires that the mediation take place "in no event later than 90 days from the Date the Notice of Need for Mediation is filed, unless otherwise ordered by the assigned judge." General Order 56, ¶ 7. Because the Notice of Need for Mediation was filed on March 7, 2018, the last date by which the mediation can take place without an Order of the Court is June 5, 2018.

4. The Parties and the mediator were unable to agree upon a date and time that was amenable to the Parties, their counsel, and the Mediator before June 5, 2018. However, the Parties, their counsel, and the Mediator have now agreed that the mediation will take place on July 17, 2018 at 11:00 a.m.

5. Therefore, subject to Court approval, the Parties request that the last date for the mediation required by General Order 56 be continued from June 5, 2018 to July 17, 2018.

**IT IS SO STIPULATED.**

Dated: April 20, 2018     MISSION LAW FIRM, A.P.C.

                          */s/ Tanya E. Moore*
                          Tanya E. Moore
                          Attorney for Plaintiff,
                          Francisca Moralez

Dated: April 20, 2018     LEADER-PICONE & YOUNG, LLP

                          */s/ Malcolm Leader-Picone*
                          Malcolm Leader-Picone
                          Attorneys for Defendants,
                          Darbri Corporation dba Markus Supply
                          Ace Hardware, Cardanal Partners L.L.C.,
                          Sharon J. Gordon, Daniel W. Altwarg,
                          and Carol Altwarg

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                     */s/ Tanya E. Moore*
                                     Tanya E. Moore
                                     Attorney for Plaintiff,
                                     Francisca Moralez

**[PROPOSED] ORDER**

The Parties having so stipulated, and good cause appearing,

**IT IS HEREBY ORDERED** that the last date by which the mediation mandated by General Order 56 must be completed is continued from June 5, 2018 to July 17, 2018.

**IT IS SO ORDERED**. CMC is reset from 5/31/18 to 8/2/18 at 9:30 a.m. A joint CMC statement shall be filed by 7/26/18.

Dated: 4/23/18

_____
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*