Tanya E. Moore, SBN 206683
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | No. 3:17-cv-05870-EMC |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE; [PROPOSED] ORDER** |
| vs. | |
| DARBRI CORPORATION dba MARKUS SUPPLY ACE HARDWARE, et al., | |
| Defendants. | |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between Plaintiff, Francisca Moralez ("Plaintiff"), and Defendants, Darbri Corporation dba Markus Supply Ace Hardware, Cardanal Partners L.L.C., Sharon J. Gordon, Daniel W. Altwarg; and Carol Altwarg ("Defendants"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed **without prejudice**. |

IT IS FURTHER STIPULATED between Plaintiff and Defendants that the Parties have entered into a Stipulated Judgment, attached hereto as Exhibit "A," which provides for judgment to be entered in Plaintiff's favor in the event that Defendants default on their obligations under the Parties' settlement agreement. The Parties request that the Court retain jurisdiction to enforce the terms of the Stipulated Judgment under the authority of Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 381-82 (1994).

Dated: July 16, 2018          MISSION LAW FIRM, A.P.C.

                                */s/ Tanya E. Moore*

                                Tanya E. Moore
                                Attorneys for Plaintiff,
                                Francisca Moralez

Dated: July 12, 2018          LEADER-PICONE & YOUNG, LLP

                                Malcom Leader-Picone
                                Attorneys for Defendants,
                                Darbri Corporation dba Markus Supply Ace
                                Hardware, Cardanal Partners L.L.C., Sharon J.
                                Gordon, Daniel W. Altwarg; and Carol Altwarg

### ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                */s/ Tanya E. Moore*

                                Tanya E. Moore
                                Attorneys for Plaintiff
                                Francisca Moralez

# ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed **without prejudice**. The Court will retain jurisdiction to enforce the terms of the Stipulated Judgment under the authority of Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 381-82 (1994).

**IT IS SO ORDERED**.

Dated: 7/18/18



IT IS SO ORDERED

Judge Edward M. Chen

# EXHIBIT A

Tanya E. Moore, SBN 206683
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

FRANCISCA MORALEZ,

    Plaintiff,

vs.

DARBRI CORPORATION dba MARKUS SUPPLY ACE HARDWARE, et al.,

    Defendants.

No. 3:17-cv-05870-EMC

**STIPULATION FOR ENTRY OF JUDGMENT; JUDGMENT**

      Pursuant to the Confidential Settlement Agreement and Release ("Agreement") between Plaintiff, Francisca Moralez ("Plaintiff"), and Defendants, Darbri Corporation dba Markus Supply Ace Hardware, Cardanal Partners L.L.C., Sharon J. Gordon, Daniel W. Altwarg; and Carol Altwarg ("Defendants," and together with Plaintiff, "the Parties"), the Parties, through their attorneys of record, hereby stipulate as follows:

    1. Plaintiff filed a civil lawsuit against Defendants, Case Number 3:17-cv-05870-EMC ("the Action"). Plaintiff claims in that Action that she is entitled to injunctive relief under the Americans with Disabilities Act ("ADA"), injunctive relief and statutory damages under the California Unruh Civil Rights Act ("Unruh Act"), and injunctive relief under the California Health and Safety Code ("Health and Safety Code"). Plaintiff also sought the recovery of her

1     attorneys' fees, costs, and litigation expenses as permitted under both the ADA, the Unruh Act and the Health and Safety Code.

2. On or about July 10, 2018, Plaintiff and Defendants entered into the Agreement resolving all claims in the Action. As part of the Agreement, Defendants agreed to pay Plaintiff $23,000 (the "Settlement Sum") payable in six monthly payments of $3,833.34 commencing July 20, 2018 (the "Installment Payments"). The Settlement Sum represented a compromised amount of the total amount of damages, fees, costs, and litigation expenses to which the Parties expressly acknowledge Plaintiff was entitled.

3. The Agreement further provides that in the event that Defendants fail to make any of their Installment Payments to Plaintiff, Defendants had 15 days from Plaintiff's written notice to Defendants to cure their default by making all remaining payments then due to Plaintiff. If Defendants' default was not cured within such 15 days, then Plaintiff has the right to file this Stipulated Judgment in the amount of $29,000 ("Judgment") less any Installment Payments made by Defendants. Defendants acknowledge that Plaintiff is entitled to the full $29,000 for her statutory damages, attorneys' fees, costs, and litigation expenses, and that the $23,000 Settlement Sum was solely a compromise of this claim for purposes of settlement.

4. Defendants have thus far made a total of _____ payments totaling $_____. On _____, 2018, Defendants defaulted on their Installment Payment obligations. Defendants further failed to cure their default by _____, 2018 after receiving proper notice pursuant to the Agreement on _____, 2018.

5. The Parties thereby stipulate that Judgment be entered in favor of Plaintiff and against Defendants in the remaining amount of $_____.

6. This stipulated judgment shall not affect Plaintiff's ability to enforce the non-monetary terms of the Agreement in a separate action.

**IT IS SO STIPULATED.**

Dated: July 16, 2018                MISSION LAW FIRM, A.P.C.

                                    /s/ Tanya E. Moore
                                    ―――――――――――――――――――
                                    Tanya E. Moore
                                    Attorneys for Plaintiff,
                                    Francisca Moralez

Dated: July 12, 2018                LEADER-PICONE & YOUNG, LLP

                                    ―――――――――――――――――――
                                    Malcom Leader-Picone
                                    Attorneys for Defendants,
                                    Darbri Corporation dba Markus Supply Ace
                                    Hardware, Cardanal Partners L.L.C., Sharon J.
                                    Gordon, Daniel W. Altwarg; and Carol Altwarg

## **JUDGMENT**

Pursuant to the Stipulation of the parties, Judgment is hereby entered in favor of Plaintiff and against Defendants in the amount of $ 23,000 .

Dated: 7/18/18                      ―――――――――――――――――――
                                    United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

STIPULATION FOR ENTRY OF JUDGMENT; JUDGMENT

Page 3

1 | **ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                                */s/ Tanya E. Moore*

                                                Tanya E. Moore
                                                Attorneys for Plaintiff
                                                Francisca Moralez

STIPULATION FOR ENTRY OF JUDGMENT; JUDGMENT